UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:11-cr-221-T-30AEP

NATANAEL OSVALDO TERRERO

**PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture (Doc. 29), pursuant to the provisions of 18 U.S.C. § 2253, and Federal Rule of Criminal Procedure 32.2(b)(2), for the following assets:

      a. a MacBook Pro Laptop model A1226, serial number W87395X8XAH; and

      b. a ScanDisk micro SD card, 16 GB, serial number JJUG5546AC.

Being fully advised in the premises, the Court finds that the United States has established the requisite nexus between the violations of 18 U.S.C. §§ 2252(a)(2) and (b)(1), for which the defendant has been convicted as charged in Counts One and Two of the Information, and the assets described above.

Accordingly, it is hereby ORDERED and ADJUDGED that:

1. The United States' motion (Doc. 29) is GRANTED.

2. Pursuant to 18 U.S.C. § 2253 and Federal Rule of Criminal Procedure 32.2(b)(2), all right, title, and interest of defendant Natanael Osvaldo Terrero in the

assets described above are forfeited to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b).

     3.     In accordance with Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 21 at 8), this order of forfeiture shall be final as to the defendant at the time of entry.

     4.     The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of these assets, and to adjudicate any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on August 12, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-221.prelim forfeit 29.wpd