UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:11-cr-221-T-30AEP

NATANAEL OSVALDO TERRERO

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Final Judgment of Forfeiture (Doc. 36), pursuant to 18 U.S.C. § 2253 and 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for the following:

- a. a MacBook Pro Laptop model A1226, serial number W87395X8XAH; and
- b. a ScanDisk micro SD card, 16 GB, serial number JJUG5546AC

The Court, being fully advised in the premises, hereby finds as follows.

1. On August 12, 2011, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America all of Terrero's interest in the identified property. (Doc. 30).

2. On September 8, 2011, Terrero was sentenced, and the identified property was found subject to forfeiture and included in the Judgment. (Docs. 32, 33).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the identified property, on the official government website, www.forfeiture.gov, from August 16, 2011 through September 14, 2011. (Doc. 34). The publication gave notice to all third parties with a legal interest in the identified property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

4. No person or entity other than Terrero (whose interest was forfeited to the United States in the Preliminary Order of Forfeiture) is known to have an interest in the identified property. No other third party has filed a petition or claimed an interest in the identified property, and the time for filing such petition has expired. Thus, any third-party interest in the identified property is now barred.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 36) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the identified property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 2253 and 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for disposition according to law.

Clear title to the identified property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on December 6, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-221.forfeit 36.wpd